☒ FILED  ☐ LODGED
**Nov 17 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In The United States District Court
District of Arizona

Seantam Cook
Plaintiff

CV-23-2412-PHX-JJT-JZB

vs.

Board of Supervisors

CV.

Plaintiffs Motion Seeking Leave to File Expanded §1983 Complaint

Comes Now Plaintiff Seantam Cook While Acting in Propria-Persona in the Above Entitled Case to Respectfully Request Leave to File Expanded Civil Rights Complaint

In the Filing of the Plaintiff §1983 Complaint he has Exercised Due Dilligence to Compress Statement of Facts Thus to Establish Any Colorable Claims within his/her §1983 Complaint Specifically in Seeking Substantial Compliance with the Rules...

The Plaintiff has been otherwise Forced to Choose Between his/her Statutory and/or Constitional Rights that may only be Resolved by An 'Additional Complaint Filed in Accordance to Rule 60(b) F.Civ.P. This to Seek Leave to File An Additional §1983 Complaint

Nevertheless, Despite the Plaintiff Due Dilligence, He/She has been Able to Consolidate his/her Colorable Claims into A (39) Page §1983 Complaint

Accordingly The Plaintiff Seeks Leave to File his/her (39) Page §1983 Complaint This to Seek Redress of his/her Medical Grievances And/or Claims Presented before this Honorable Court

Good Cause having been Shown The Plaintiff Respectfully Request The Honorable Court to Grant this Motion

Respectfully Submitted/Unsigned/
Delivered Via Institutional Mail
This 17th day of November 2023

By: _____
Seantwan Cook
A.D.C #149251
A.S.P.C-Lewis/Stiner
P.O. Box 70
Buckeye AZ 85326
SeantwanCook@Facebook